IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | | |
|---|---|---|
| GUY KENNETH PENLAND,<br>  Petitioner, | )<br>) | |
| | ) | Civil Action No. 1:09cv398 |
| v. | ) | Criminal No. 1:07cr122 |
| | ) | |
| UNITED STATES OF AMERICA,)<br>  Respondent. | ) | |

## ORDER

The matter is before the Court on the *pro se* petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 and 28 U.S.C. § 1651 (Doc. 303).

For good cause,

It is hereby **ORDERED** that the government is **DIRECTED** to file a response to petitioner's motion by 5:00 p.m., Tuesday, November 17, 2009.

The Clerk is directed to send a copy of the Order to petitioner and all counsel of record.

/s/
―――――――――――――
Alexandria, VA
October 27, 2009

T. S. Ellis, III
United States District Judge