UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

MAR 30 2010

U.S. DISTRICT COURT
W. DIST. OF N.C.

GUY KENNETH PENLAND )
    Petitioner, )
                         )      Civil Action No. 1:09cv398
                         )
    v. )
                         )
UNITED STATES OF AMERICA, )
    Respondent. )

### JOINT STIPULATION REQUESTING DISMISSAL OF ACTION.

COMES NOW The Petitioner, by and through undersigned counsel, and The United States Government, by and through Amy Ray, and hereby file the following:

A "Joint Stipulation Requesting Dismissal of the Petitioner's "Motion To Vacate, Set Aside Or Correct Sentence, Filed Under 28 U.S.C. § 2255," and states as follows:

1. That Petitioner has requested that his counsel dismiss the presently pending action.

2. That the United States Government has no objection to said request.

WHEREFORE, The parties hereby request that this Honorable Court grant leave of court to allow dismissal of petitioner's "Motion To Vacate, Set Aside Or Correct Sentence Filed under 28 USC § 2255."

_____
Frank A. Abrams, Esq.
Dated 3/25/10

_____
Amy Ray, For United States
Dated 3/29/10

x _____
Guy Penland
Dated 3/25/10

So Ordered

_____ 3/30/10
T. S. Ellis, III
United States District Judge