# United States District Court
# For The Western District of North Carolina
# Asheville Division

Guy Kenneth Penland,

    Plaintiff(s),

vs.

USA ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09-cv-398

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/30/2010 Order.

Signed: March 30, 2010

Frank G. Johns, Clerk
United States District Court